UNITED STATES of America, Plaintiff–Appellee,

v.

Ryan Devon PRIVOTT, Defendant–Appellant.

No. 12–6557.

United States Court of Appeals, Fourth Circuit.

Submitted: May 24, 2012.

Decided: May 31, 2012.

Ryan Devon Privott, Appellant Pro Se. Laura Pellatiro Tayman, Assistant United States Attorney, Newport News, Virginia, for Appellee.

Before MOTZ and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Devon Privott appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Privott,* No. 2:03–cr–00172–AWA–FBS–2 (E.D. Va. filed Mar. 12, 2012 & entered Mar. 13, 2012). We dispense with oral argument

because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*